NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual<br><br>Plaintiff,<br><br>v.<br><br>YU RON CHUNG, an individual; KYUNG H CHUNG, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01321-FWS-PD<br><br>Hon. Fred W. Slaughter<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS [45]** |

///

///

///

1

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

Having considered and reviewed Plaintiff's Request for Dismissal with Prejudice of All Defendants [45] (the "Request") and Fed. R. Civ. P. 41, and good cause appearing, the court **GRANTS** the Request and **ORDERS** the following:

Plaintiff Eric Cleveland's action against Defendant Yu Ron Chung and Defendant Kyung H. Chung and the entire above-captioned case is **DISMISSED WITH PREJUDICE**, with each party responsible for its own fees and costs.

**IT IS SO ORDERED**.

DATED: November 15, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE